IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00265-MR-WCM

| | | |
|---|---|---|
| DEANA HOSIE, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| | ) | |
| OMNI HOTELS MANAGEMENT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court following the filing of the parties' most recent Joint Status Report (Doc. 19).

On April 18, 2023, this matter was stayed pending Plaintiff's compliance with an Order that had been entered in Civil Action No. 1:20-cv-374-MR-DSC on May 11, 2022 (the "May 11 Order").

As Plaintiff has now complied with the May 11 Order, the stay is **HEREBY LIFTED.**

The Clerk is respectfully directed to schedule an initial pretrial conference.

It is so ordered.

Signed: July 26, 2023

W. Carleton Metcalf
United States Magistrate Judge