# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00265-MR-WCM

| | |
|---|---|
| **DEANA HOSIE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **OMNI HOTELS MANAGEMENT** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Designation of Deposition Testimony [Doc. 64], the Defendant's Deposition Objections and Counter-Designations [Doc. 71], and the Plaintiff's Objections and Supplemental Designation of Deposition Testimony [Doc. 72].

Upon review of the parties' designations and objections, the Court determines that the evidence will be admitted as follows. Any objections that are sustained are for the reasons stated in the objection, unless otherwise stated herein.

**IT IS, THEREFORE, ORDERED** that the parties' objections are ruled upon as follows:

## Defendant's Objections

| Page/Line | Ruling |
|---|---|
| 10:23–11:5 | Overruled |
| 14:9–14:16 | Sustained |
| 27:23–29:1 | Sustained |
| 45:24–46:8 | Sustained |
| 46:9–46:17 | Sustained |
| 50:23–50:25 | Overruled |

## Plaintiff's Objections

| Page/Line | Ruling |
|---|---|
| 31:13–32:4 | Overruled |
| 32:7–35:19 | Overruled as to 32:7–34:17.  Sustained as to 34:18–35:19. |
| 39:16–40:3 | Overruled |
| 40:8–40:10 | Sustained |

The Plaintiff shall edit the videotaped deposition of Dr. David Lopez accordingly.

**IT IS SO ORDERED.**

Signed: December 31, 2024

Martin Reidinger
Chief United States District Judge