# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00265-MR-WCM

| | |
|---|---|
| DEANA HOSIE, ) ) Plaintiff, ) ) vs. ) ) OMNI HOTELS MANAGEMENT ) CORPORATION, ) ) Defendant. ) _____ ) | **JUDGMENT** |

**THIS MATTER** came for trial and was heard by the undersigned judge, and a jury was empaneled and answered the issues presented as follows:

1. Was the Plaintiff Deana Hosie injured by the negligence of the Defendant Omni Hotels Management Corporation?

    Answer: YES

2. Did the Plaintiff, by her own negligence, contribute to her injury?

    Answer: NO

3. What amount of damages, if any, is Plaintiff entitled to recover as a direct result of the actions of the Defendant?

    Answer: $500,000

The members of the jury were polled by the Court at the request of the Defendant and each affirmed and confirmed that the answers to the questions on the Verdict Sheet was his or her verdict.

Based on the unanimous verdict of the jury,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff Deana Hosie shall recover from, and the Clerk shall enter Judgment against, the Defendant Omni Hotels Management Corporation for compensatory personal injury damages in the amount of $500,000, plus prejudgment interest from December 1, 2022 until the date of entry of this Judgment at the annual rate of 8% per year simple interest in accordance with North Carolina General Statutes §§ 24-1 and 24-5(b), plus post-judgment interest from the date of entry of this Judgment until satisfied in accordance with 28 U.S.C. § 1961, and the costs of this action. The Plaintiff shall submit a Bill of Costs to the Clerk.

Signed: January 27, 2025

_____
Martin Reidinger
Chief United States District Judge